AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Marques Taliaferro Martin | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| _____ <br> *Defendant(s)* | |

Case No **H16 - 13    M**

UNITED ~~STATES~~ ~~COURT~~
~~SOUTHERN DISTRICT OF TEXAS~~
~~FILED~~

JAN  6 2016

## CRIMINAL COMPLAINT

David J. ~~Bradley, Clerk of Court~~

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/31/2015_____ in the county of _____Harris_____ in the
____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18.U.S.C. 751(a) | Escape |
| | Did knowingly escape from the custody of an institution or facility in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Israel Barajas, Deputy U.S. Marshal
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___1-6-16___

_____
*Judge's signature*

City and state: _____Houston, TX_____

Nancy K. Johnson  U.S. Magistrate Judge
_____
*Printed name and title*

# AFFIDAVIT

I, Israel Barajas, having been duly sworn, declare under the penalty of perjury, and state:

1.  That I am a Deputy United States Marshal with the United States Marshals Service (USMS) in Houston, Texas and have been employed in this capacity since 2002.

2.  During my employment with the United States Marshals Service, I have conducted investigations related to the escape of federal prisoners.  I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force.  My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3.  This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Marques Taliaferro MARTIN (registration number 10186-041) who escaped from the Leidel Residential Reentry Center (hereafter "Leidel") located at 1819 Commerce Street, Houston, Texas, a federal half-way house operated pursuant to a contract with the U.S. Bureau of Prisons.  His escape is in violation of 18 U.S.C. 751(a).  The information enumerated in the paragraphs below, furnished in support of this affidavit, is derived from my own observations and upon the observations of other persons involved in this investigation.

4. On August 19, 2009 in the District of Minnesota, MARTIN was sentenced to 131months and 5 years Supervised Release for convictions on 21USC 841 (A) (1), (B) (1) (A) and 846 Conspiracy to distribute and possess with intent to distribute at least 150 grams but less than 500 grams of cocaine base, and 18USC 922 (G) (1) and 924 (E)  Felon in Possession of a Weapon. On August 12, 2015 MARTIN was transferred to Leidel to finish serving the remainder of his sentence.

5.  On December 31, 2015 the Houston USMS received a BP- A0393 NOTICE OF ESCAPED FEDERAL PRISONER showing that MARTIN had failed to report back to Leidel after signing out to go to work on December 30, 2015. MARTIN had a February 08, 2016 projected release date from Leidel at the time he escaped.  Martin has not notified anyone at Leidel of his location and has not returned to Leidel as of the date of this affidavit.

I, Israel Barajas, Deputy U.S. Marshal, in the U.S. Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Israel Barajas
Deputy United States Marshal

Sworn to before me and subscribed in my presence this ___6___ day of January, 2016, and I find probable cause exists.

Honorable Nancy K. Johnson
United States Magistrate Judge